

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00281-CR

John Brennon **DUNCAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8642
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The appellant's third motion for extension of time to file brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court